UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NOAH ADAM LANDFRIED,<br><br>Defendant. | Criminal No. 4:09-cr-40034 |

**DEFENDANT NOAH LANDFRIED'S
COMMENTARY ON SENTENCING FACTORS**

NOW COMES Defendant Noah Adam Landfried and submits the following information for his sentencing hearing, scheduled for Friday, 30 July 2010, at 9:00 in Peoria.

1. <u>WITNESSES AND EXHIBITS</u>.  The Defendant does not anticipate calling witnesses or submitting exhibits at sentencing.

2. <u>MANDATORY SENTENCE</u>.  The Defendant is subject to a statutory mandatory life sentence because of two prior felony drug convictions.

3. <u>PRESENTENCE REPORT</u>.  The Defendant has two objections to the presentence report:

    a.   <u>Drug Amount</u>.  The Defendant objects to the drug amounts set out in Paragraphs 31, 36, 40, 41, 43, 44, 45, 52, 54, and 61.  The base offense level should be 32 instead of 34.

    b.   <u>Obstruction of Justice</u>.  The Defendant objects to the allegations in Paragraph 65.  He did not threaten, intimidate, or bribe the codefendant.

- 2 -

                                              For NOAH ADAM LANDFRIED, Defendant
s / *James Bryson Clements*
1503 Brady Street
Davenport, Iowa 52803-4622
PHONE 563-323-9715
FAX 563-323-7452
EMAIL jbclements@iabar.org

PROOF OF SERVICE

I certify that I am filing this document with the clerk of this Court on 25 July 2010 through the CM/ECF system. All participants in this case are registered CM/ECF users, and service will be through the CM/ECF system.

s / *James Bryson Clements*

cc:    Mary J. Seaton-Ewers (e-mail)
       Noah A. Landfried
       file (LANDFRIEDna7449.01)